■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FLORES, Appellant. [854 NYS2d 903]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered May 12, 2006, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Fisher, J.P., Florio, Angiolillo, Dickerson and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLAIR GARNER, Appellant. [855 NYS2d 410]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kerins, J.), imposed October 12, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Lifson, J.P., Dillon, McCarthy and Chambers, JJ., concur.